JACOB JOHANSEN, Respondent, *v.* EASTMAN'S COMPANY OF NEW YORK, Appellant.

*Johansen* v. *Eastman's Co.*, 44 App. Div. 270, affirmed.
(Argued October 7, 1901; decided October 22, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 22, 1899, sustaining plaintiff's exceptions ordered to be heard in the first instance by the Appellate Division and granting a new trial.

*L. Sidney Carèrre* for appellant.

*Abram I. Elkus* and *Carlisle J. Gleason* for respondent.

Order affirmed and judgment absolute ordered for plaintiff on the stipulation, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, MARTIN, VANN, CULLEN and WERNER, JJ. Dissenting: BARTLETT, J.

---

JAMES LAWLOR, Appellant, *v.* MAGNOLIA METAL COMPANY, Respondent.

*Lawlor* v. *Magnolia Metal Co.*, 58 App. Div. 618, affirmed.
(Argued October 7, 1901; decided October 22, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 27, 1901, affirming a judgment in favor of defendant entered upon the report of a referee.

*Cephas Brainerd, L. A. Gould* and *S. Victor Constant* for appellant.

*Alexander S. Bacon* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.